IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BONNIE CRANKSHAW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-75-RP |
| | § | |
| CITY OF ELGIN and THOMAS | § | |
| MATTIS, *City Manager, in his individual capacity*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

After a three-day jury trial, the jury in this case returned a verdict in favor of Plaintiff Bonnie Crankshaw ("Crankshaw") on May 23, 2019. The jury found that Defendant City of Elgin denied, restrained, or interfered with Crankshaw's right to leave under the Family and Medical Leave Act ("FMLA"). (Jury Verdict, Dkt. 71, at 1). The jury also found that Defendant Thomas Mattis ("Mattis") denied, restrained, or interfered with Crankshaw's right to leave under the FMLA, but also that Mattis is entitled to qualified immunity for interfering with Crankshaw's right to FMLA leave. (*Id.* at 9). Accordingly, the Court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the Court **ACCEPTS** the jury's verdict, and that judgment is entered in favor of the plaintiff, Bonnie Crankshaw, as follows:

1. Compensatory damages in the amount of $19,660.00.

2. Liquidated damages in the amount of $19,660.00.

**IT IS FURTHER ORDERED** that Defendant City of Elgin shall pay Plaintiff Bonnie Crankshaw's pre-judgment interest as of January 13, 2017, calculated at a rate of 5.25%, and post-judgment interest calculated at a rate of 1.94%.

**IT IS FURTHER ORDERED** that Plaintiff Bonnie Crankshaw's claims against Defendant Thomas Mattis are **DISMISSED** and that Plaintiff Bonnie Crankshaw shall **TAKE NOTHING** from Defendant Thomas Mattis.

**IT IS FURTHER ORDERED** that any relief requested by any party not expressly granted in this final judgment is **DENIED**.

**IT IS FURTHER ORDERED** that this action is hereby **CLOSED**.

**IT IS FINALLY ORDERED** that the Court will consider Plaintiff's motion for reasonable attorneys' fees and a bill of costs, (Dkt. 75), with supporting documentation, pursuant to Local Rules CV-7(j)(1) and CV-54(a).

**SIGNED** on August 8, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE